614

419 A.2d 198

Commonwealth v. Jenkins, Appellant.

Submitted March 23, 1979.  C. Roy Weidner, Jr., for appellant;  J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.

☙

419 A.2d 198

Commonwealth v. Rogers, Appellant.

Submitted March 23, 1979.  Ronald F. O'Driscoll, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.